UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ENEDEO RODRIGUEZ JR,

      Petitioner,

      v.                                                        CAUSE NO. 3:26cv313 DRL-SJF

WARDEN,

      Respondent.

<u>OPINION AND ORDER</u>

Enedeo Rodriguez Jr, a prisoner without a lawyer, filed a habeas petition challenging the disciplinary decision (ISP-25-2-894) at the Indiana State Prison in which a disciplinary hearing officer (DHO) found him guilty of impairing surveillance in violation of Indiana Department of Correction Offense 209. Pursuant to Section 2254 Habeas Corpus Rule 4, the court must dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

"[A] habeas corpus petition must attack the fact or duration of one's sentence; if it does not, it does not state a proper basis for relief under § 2254." *Washington v. Smith*, 564 F.3d 1350, 1351 (7th Cir. 2009). According to the petition, Mr. Rodriguez was sanctioned with a loss of 90 days earned credit time, but this sanction was suspended and has not been imposed. Further, the attached hearing report reveals that Mr. Rodriguez received no other sanctions that affected the fact or duration of his sentence, such as a demotion

in credit class. Because Mr. Rodriguez's claims do not relate to the fact or duration of his sentence, the court cannot grant him habeas relief.

If Mr. Rodriguez wants to appeal this decision, he does not need a certificate of appealability because he is challenging a prison disciplinary proceeding. *See Evans v. Circuit Court*, 569 F.3d 665, 666 (7th Cir. 2009). However, he may not proceed *in forma pauperis* on appeal because the court finds pursuant to 28 U.S.C. § 1915(a)(3) that an appeal in this case could not be taken in good faith.

For these reasons, the court:

(1) DENIES the habeas corpus petition (ECF 1);

(2) DIRECTS the clerk to enter judgment and close this case; and

(3) DENIES Enedeo Rodriguez, Jr., leave to proceed *in forma pauperis* on appeal.

SO ORDERED.

July 29, 2026                                          *s/ Damon R. Leichty*
                                                      Judge, United States District Court

2